Nicholas M. Wajda (Cal. Bar No. 259178)
**WAJDA LAW GROUP, APC**
3111 Camino Del Rio North, Suite 400
San Diego, CA 92108
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
nick@wajdalawgroup.com

*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY G. VELAZQUEZ<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL ACCOUNTS, LLC<br><br>Defendant. | Case No.  3:21-cv-00379-DMS-MSB<br><br>Honorable Judge Dana M. Sabraw<br><br>Honorable Magistrate Judge Michael Berg |

## PLAINTIFF'S MOTION TO TRANSFER VENUE.

**NOW COMES**, AMY G. VELAZQUEZ, through undersigned counsel, requesting that this Honorable Court approve Plaintiff's Motion to Transfer Venue to the Central District of California under 28 U.S. Code§ 1404 Change of Venue.

## RELEVANT FACTUAL BACKGROUND

1. On March 4, 2021 Plaintiff filed her Complaint against Universal Accounts, LLC ("Defendant") in the Southern District of California. [Dkt. 1].

2. On March 17, 2021 Plaintiff's counsel was contacted by counsel for Defendant and informed that the Complaint was filed in the improper venue.

3. Upon review of the information regarding where the Parties are domiciled, Plaintiff determined that venue in the Southern District of California was improper.

4. Plaintiff inadvertently filed in the Southern District of California, when the proper venue should be the Central District of California.

5. Plaintiff and Defendant both reside within the Central District of California.

6. Specifically, Defendant's principal place of business is located at 301 E. Colorado Blvd. Suite 501, Pasadena, California, 91101, which is within the Central District of California.

7. Specifically, Plaintiff resided in Wilmington, California which is within the Central District of California.

8. The Central District of California would be the proper venue under 28 U.S.C. § 1391(b)(2).

9. In an effort to save all parties involved time and costs, Plaintiff is requesting that this honorable court grant her request to transfer venue to the Central District of California.

10. 28 U.S. Code § 1404(a) Change of Venue states: For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented.

11. Here, no cause exists to deny Plaintiff's request to transfer venue as it will not unduly prejudice any party and in fact will bring this matter before the proper district court.

12. Plaintiff seeks relief that this court grant her motion to Transfer Venue to the Central District of California.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court to enter an order granting Plaintiff's Motion to Transfer Venue to the Central District of California.

DATED: March 24, 2021                                  Respectfully submitted,

                                                       AMY G. VELAZQUEZ

                                                       By: */s/ Nicholas M. Wajda*

                                                       Nicholas M. Wajda
                                                       **WAJDA LAW GROUP, APC**
                                                       3111 Camino Del Rio North, Ste. 400
                                                       San Diego, CA 92108
                                                       +1 310-997-0471
                                                       nick@wajdalawgroup.com

3