1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11

AMY G. VELAZQUEZ,

Case No.:  21-cv-379-DMS-MSB

12

Plaintiff,

**ORDER GRANTING MOTION TO TRANSFER VENUE**

13

v.

14

UNIVERSAL ACCOUNTS, LLC,

15

Defendant.

16
17

    Pending before the Court is Plaintiff Amy G. Velazquez's Motion to Transfer Venue

18

to the Central District of California.  (ECF No. 4.)  Plaintiff asserts she inadvertently filed

19

the instant action in this District and was informed by counsel for Defendant Universal

20

Accounts, LLC that venue was improper.  Plaintiff argues venue is proper in the Central

21

District of California because both Plaintiff and Defendant reside there.  Defendant did not

22

file an opposition, and its time to do so has expired.

23

    / / /

24

    / / /

25

    / / /

26

    / / /

27
28

1

1       Good cause appearing, Plaintiff's motion is GRANTED.  The Clerk of Court is

2   directed to TRANSFER this action to the United States District Court for the Central

3   District of California.

4       **IT IS SO ORDERED.**

5

6   Dated:  April 21, 2021

7                               _____

8                               Hon. Dana M. Sabraw, Chief Judge

                            United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28