| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **To:** | CASDdb_interdistricttransfer_casd |
| **Subject:** | Transferred case has been opened |
| **Date:** | Friday, April 23, 2021 11:33:30 AM |

CASE: 3:21-cv-00379

DETAILS: Case transferred from California Southern has been opened in CENTRAL DISTRICT OF CALIFORNIA as case 2:21-cv-03459, filed 04/22/2021.